**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Jose GARCIA–LOPEZ, Defendant—Appellant.**

**No. 08–50262.**

United States Court of Appeals, Ninth Circuit.

Submitted April 5, 2010.*

Filed April 21, 2010.

Michael J. Raphael, Esquire, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, Robert Charles Stacy, II, Assistant U.S., Office of the U.S. Attorney, Riverside, CA, for Plaintiff–Appellee.

Christopher Johns, Esquire, Johns & Allyn, APC A Professional Corporation, San Rafael, CA, for Defendant–Appellant.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: RYMER, McKEOWN, and PAEZ, Circuit Judges.

## MEMORANDUM **

Jose Garcia–Lopez appeals from the 120–month sentence imposed following his guilty-plea conviction for distribution of methamphetamine and aiding and abetting, in violation of 21 U.S.C. § 841(a)(1), (B)(1)(A) and 18 U.S.C. § 2. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Garcia–Lopez's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

** The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).